LLOYD B. MARSHALL, Respondent, *v.* HELEN MARSHALL, Appellant.

Argued January 7, 1953; decided January 21, 1953.

*Leonard Bronner, Jr.,* and *Harold L. Haskin* for appellant. *John A. Anderson* and *Clarence E. Horn, Jr.,* for respondent.

Order affirmed. Question certified, insofar as it applies to the motion to punish for contempt, answered in the affirmative; otherwise, not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.